IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Chapter 7
DONALD J. CHAMPLEY, JR., )
) Case No. 13-03855
Debtor. )
) Judge A. Benjamin Goldgar

## CERTIFICATE OF SERVICE

To:   SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on July 21, 2016, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, the following:

1. Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object.

The undersigned does hereby certify that a copy of this notice was served electronically or mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 2700 South River Road, Des Plaines, Illinois 60018, before 5:00 p.m. on or before July 21, 2016.

/s/ *John E. Gierum*
John E. Gierum

John E. Gierum, Esq.
GIERUM & MANTAS
2700 South River Road, Ste. 308
Des Plaines, IL 60018
847/318-9130
Atty. #: 0951803

## Service List
## Case No. 13-03855

Patrick S. Layng *
Office of the US Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604-2027

Stephen S. Newland *
Newland & Newland, LLP
1512 Artaius Parkway
Suite 300
Libertyville, IL 60048

Capital One Bank (USA), N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank (USA), N.A.
By American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

Dell Financial Services, LLC
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

State Farm Bank
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

*via electronic service