**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: CHAMPLEY, DONALD J, JR. § Case No. 13-03855-ABG
      CHAMPLEY, SUSAN T §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $82,404.47 *(without deducting any secured claims)* | Assets Exempt: $6,178.47 |
| Total Distribution to Claimants: $16,336.00 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $2,983.16 | |

    3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 680.84 (see **Exhibit 2**), yielded net receipts of $19,319.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,983.16 | 2,983.16 | 2,983.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 16,336.00 | 16,336.00 | 16,336.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $19,319.16 | $19,319.16 | $19,319.16 |

4) This case was originally filed under Chapter 7 on January 31, 2013. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/20/2016         By: /s/JOHN E. GIERUM
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Probate recovery | 1229-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CHAMPLEY, DONALD J, JR. | First and Final Distribution | 8200-002 | 680.84 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$680.84** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Clerk of the US Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| JOHN E. GIERUM | 2100-000 | N/A | 2,655.92 | 2,655.92 | 2,655.92 |
| JOHN E. GIERUM | 2200-000 | N/A | 1.86 | 1.86 | 1.86 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 27.71 | 27.71 | 27.71 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 27.67 | 27.67 | 27.67 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,983.16 | $2,983.16 | $2,983.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 711.08 | 711.08 | 711.08 |
| 1I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 3.64 | 3.64 | 3.64 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 715.53 | 715.53 | 715.53 |
| 2I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 3.66 | 3.66 | 3.66 |
| 3 | Dell Financial Services, LLC | 7100-000 | N/A | 2,554.01 | 2,554.01 | 2,554.01 |
| 3I | Dell Financial Services, LLC | 7990-000 | N/A | 13.07 | 13.07 | 13.07 |
| 4 | State Farm Bank | 7100-000 | N/A | 12,272.22 | 12,272.22 | 12,272.22 |
| 4I | State Farm Bank | 7990-000 | N/A | 62.79 | 62.79 | 62.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $16,336.00 | $16,336.00 | $16,336.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-03855-ABG  
**Case Name:** CHAMPLEY, DONALD J, JR.  
CHAMPLEY, SUSAN T  
**Period Ending:** 10/20/16

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/21/13  
**Claims Bar Date:** 05/02/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single family residence at 42414 N. Orchard Stre<br>Imported from original petition Doc# 1 | 57,772.00 | 0.00 | | 0.00 | FA |
| 2  Cash: Emergency cash<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 3  Checking Account: 600006226<br>Imported from original petition Doc# 1 | 13.47 | 0.00 | | 0.00 | FA |
| 4  1 bedroom set, 1 sofa, 1 love seat, 1 kitchen ta<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  Clothes: Various clothes<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Jewelry: 1 wedding ring, 1 watch, misc. cosmetic<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 7  Term Life Insurance No cash value Beneficiary -<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  Additional term insurance and benefits through h<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  Tax Refund: Federal income tax return. 2011 was<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10  Auto: 2011 Hyundai Sonata 35000 miles., Valued a<br>Imported from original petition Doc# 1 | 15,460.00 | 0.00 | | 0.00 | FA |
| 11  Auto: 2007 Ford Freestyle 87000 miles Fair Condi<br>Imported from original petition Doc# 1 | 5,759.00 | 0.00 | | 0.00 | FA |
| 12  Domestic pet - dog. No show or breeding value.<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13  Probate recovery (u) | Unknown | Unknown | | 20,000.00 | FA |
| 13  **Assets**  **Totals** (Excluding unknown values) | **$82,404.47** | **$0.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

reopened case to administer probate interest, awaiting probate distribution.

12/15 awaiting probate distribution, likely in 2016

Printed: 10/20/2016 04:02 PM    V.13.28

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-03855-ABG  
**Case Name:** CHAMPLEY, DONALD J, JR.  
CHAMPLEY, SUSAN T  
**Period Ending:** 10/20/16  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 01/31/13 (f)  
**§341(a) Meeting Date:** 03/21/13  
**Claims Bar Date:** 05/02/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015  
**Current Projected Date Of Final Report (TFR):** December 31, 2016

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-03855-ABG
**Case Name:** CHAMPLEY, DONALD J, JR.
CHAMPLEY, SUSAN T
**Taxpayer ID #:** **-***1757
**Period Ending:** 10/20/16

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** Rabobank, N.A.
**Account:** ******0466 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/16 | {13} | Donald J. Champley and Susan T. Champley | Probate Recovery | 1229-000 | 20,000.00 | | 20,000.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.71 | 19,962.29 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.67 | 19,934.62 |
| 08/22/16 | 101 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 19,674.62 |
| 08/22/16 | 102 | CHAMPLEY, DONALD J, JR. | First and Final Distribution | 8200-002 | | 680.84 | 18,993.78 |
| 08/22/16 | 103 | JOHN E. GIERUM | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,657.78 | 16,336.00 |
| | | | Dividend paid 100.00% on $2,655.92;  Claim# TEE; Filed: $2,655.92   2,655.92 | 2100-000 | | | 16,336.00 |
| | | | Dividend paid 100.00% on $1.86;  Claim# TEEEXP; Filed: $1.86   1.86 | 2200-000 | | | 16,336.00 |
| 08/22/16 | 104 | Capital One Bank (USA), N.A. | Combined Check for Claims#1,2,1I,2I | | | 1,433.91 | 14,902.09 |
| | | | Dividend paid 100.00% on $711.08;  Claim# 1; Filed: $711.08   711.08 | 7100-000 | | | 14,902.09 |
| | | | Dividend paid 100.00% on $715.53;  Claim# 2; Filed: $715.53   715.53 | 7100-000 | | | 14,902.09 |
| | | | Dividend paid 100.00% on $3.64;  Claim# 1I; Filed: $3.64   3.64 | 7990-000 | | | 14,902.09 |
| | | | Dividend paid 100.00% on $3.66;  Claim# 2I; Filed: $3.66   3.66 | 7990-000 | | | 14,902.09 |
| 08/22/16 | 105 | Dell Financial Services, LLC | Combined Check for Claims#3,3I | | | 2,567.08 | 12,335.01 |
| | | | Dividend paid 100.00% on $2,554.01;  Claim# 3; Filed: $2,554.01   2,554.01 | 7100-000 | | | 12,335.01 |
| | | | Dividend paid 100.00% on $13.07;  Claim# 3I; Filed: $13.07   13.07 | 7990-000 | | | 12,335.01 |
| 08/22/16 | 106 | State Farm Bank | Combined Check for Claims#4,4I | | | 12,335.01 | 0.00 |

Subtotals :     $20,000.00     $20,000.00

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-03855-ABG  
**Case Name:** CHAMPLEY, DONALD J, JR.  
CHAMPLEY, SUSAN T  
**Taxpayer ID #:** **-***1757  
**Period Ending:** 10/20/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $12,272.22; Claim# 4; Filed: $12,272.22 | 12,272.22 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $62.79; Claim# 4I; Filed: $62.79 | 62.79 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,000.00 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 680.84 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$19,319.16** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0466** | 20,000.00 | 19,319.16 | 0.00 |
| | $20,000.00 | $19,319.16 | $0.00 |

{} Asset reference(s)